# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURA ANN RYALS,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Civil No. 3:16-cv-01169 JPG/CJP |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

DATED: February 25, 2019

                                                     **MARGARET M. ROBERTIE,**
                                                     **Clerk of Court**

                                                     **BY:**    **s/Tina Gray**
                                                                    **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**